900

No. 92, Misc. WOOD v. UTAH. Supreme Court of Utah. Certiorari denied. Petitioner *pro se.* *E. R. Callister,* Attorney General of Utah, and *Walter L. Budge* and *John W. Horsley,* Assistant Attorneys General, for respondent.

No. 96, Misc. DUNNE v. CRANOR, SUPERINTENDENT, WASHINGTON STATE PENITENTIARY. Supreme Court of Washington. Certiorari denied. Petitioner *pro se.* *Don Eastvold,* Attorney General of Washington, and *Keith S. Bergman* and *E. P. Donnelly,* Assistant Attorneys General, for respondent.

No. 127, Misc. WHITE v. HUMPHREY, WARDEN. C. A. 3d Cir. Certiorari denied. *H. Clay Espey* for petitioner. *Solicitor General Sobeloff, Assistant Attorney General Olney, Beatrice Rosenberg* and *Carl H. Imlay* for respondent.

No. 137, Misc. TRICE v. UNITED STATES. C. A. 9th Cir. Certiorari denied. *Morris Lavine* for petitioner. *Solicitor General Sobeloff, Assistant Attorney General Olney, Beatrice Rosenberg* and *Felicia Dubrovsky* for the United States.

No. 153, Misc. JACKSON v. UNITED STATES. C. A. 4th Cir. Certiorari denied. Petitioner *pro se.* *Solicitor General Sobeloff, Assistant Attorney General Olney, Beatrice Rosenberg* and *Felicia Dubrovsky* for the United States.

No. 159, Misc. ASHLEY v. CALIFORNIA. Supreme Court of California. Certiorari denied.